IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL FRYE,

       Plaintiff,                  No. CIV S-05-1377 LKK KJM PS

   vs.

PHILIP MORRIS, USA, et al.,

       Defendants.          <u>ORDER</u>

_____/

        Defendants' motions to dismiss came on regularly for hearing on December 7, 2005. Michael Frye appeared in propria persona. Annette Hurst appeared for defendant Philip Morris. Susan St. Denis appeared for defendants Jenner, Gallaher Group, and Gallaher Limited. Grace Bergen and Gene Livingston appeared for defendants R.J. Reynolds and Brown and Williamson. Upon review of the documents in support and opposition, upon hearing the arguments of plaintiff and counsel, and good cause appearing therefore, THE COURT ORDERS AS FOLLOWS:

/////

/////

/////

/////

1

1. This action is stayed pending final disposition of the motions to dismiss.

2. The motions to dismiss stand submitted.

DATED: December 7, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

006 frye.oah